ACCEPTED
03-14-00661-CV
3722124
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 5:32:03 PM
JEFFREY D. KYLE
CLERK

Cause No. 03-14-00661-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 5:32:03 PM
JEFFREY D. KYLE
Clerk

Devvy Kidd, John Kidd, M.J. Shadden, )
John Cole, R.M.Dailey, Tracy Stephens, )
Patricia Stroyick, Dorothy Morrow, )
Charles Morrow, Amy Williams, )
David Williams, Norman Kuehn, )
Elizabeth Theiss, Rebecca Gutierrez, )
Marie Nugent, Steve G. Crutchfield, )
Linda A. Crutchfield, Kendall C. Palmer, )
MA Kirk, Kaydene Jordan, Bobby Jordan, )
Tom Brazen, David J. Allen,Patt Allen, )
David Scot Houlette,Denis Lullenkamp, )        IN THE COURT OF
Kathy Lullenkamp, China Lanier )
Donna Lee Wilson, Julia Nathan, M.D., )        APPEALS, THIRD
Giselle Ellis, Gerald Sawyer, )
Beverely Hickman, Thomas Hickman, )        DISTRICT OF TEXAS
Cindy Carriger, Deborah Wiseman, )
Newly Sage, Russell Sage, Beth Biesel, )
Lacy Crary, Dardine Roedel, )
Harold Boenig, Joyce Kelley, )
Brenda Denholm, Michael Denholm, )
Mark Atkins, Robert Paul, )
Thelma Taormina, Nick Taormina, )
Sherman Rogers, Judy Chambers, )
Wayne Chambers, Jeffrey Emrich, )
Jill Freidman, Dolores Bolock, )
Bruce Bolock, Jackqulyn Bodenstedt, )
Twyla Parsons, Amanda M. Voelkel, )
Michelle T. Voelkel, Nell Reynolds, )
Stanley Reynolds, Katrina Evenhouse, )
Randall Evenhouse, Patricia Ignazio, )
Joseph Ignazio, Gina Gentile, )
James Gentile, John Tyson, )
Steve Gagnon, Thomas Bailey, )
Alfreda Ballard, James Benge, )
Linda Rund, Frank Harriss, )
Sam Harris, Lysbeth Warneke, )

-1-

Ralph Shawver, Shelley McCoy,                    )
Brian Dansby, Mo Bond, David Bond,               )
John Buffa, Melissa Gochnour,                    )
Jeffrey Gochnour, Amy Watkins,                   )
Donald Anderson, Carol Dean,                     )
Michelle Guy, Terry Guy,                         )
Evelyn Montalvo, Abel Montalvo,                  )
Gay Armstrong, Dave Armstrong,                   )
Diane Wilson, John Wilson,                       )
Beatrice Worley, Lawrence Worley,                )
Eva Finegan, Patti Glass, Ken Glass,             )
Dagne Florine, Ph.D., Cynthia Wilkes,            )
Michael Wilkes, Lolly Nayola,                    )
John Tweedell, Carolynne Tweedel,                )
Marita Segal, Howard Segal, Rita Trauth,         )
Dr. Christopher Trauth, Toni White,              )
Janice Pearson, Ricky Pearson,                   )
JoAnn Louise Zant, Nathan Lloyd Zant,            )
Hoi Heldt, Rochelle Wilkes, Corey Wilkes,        )
Daryl Hampton, Kathleen Grimes,                  )
Brian Grimes, Cindy Schafer,                     )
Mary Stayton, Ellen Mickle, Ingrid Stassi,       )
Joe Stassi, Gaye Haehnel, Billy Haehnel,         )
Erin Konkel, Nancy Lochridge,                    )
Byron Lockridge, Gemi Powell,                    )
Gregory Johnson                                  )
                                                 )
            Plaintiffs,                          )
                                                 )
            v.                                   )
                                                 )
Texas Public Utility Commission,                 )
                                                 )
            Defendant.                           )
                                                 )

## MOTION FOR EXTENSION OF TIME

Pursuant to TRAP 10.5, Appellant requests an extension of two weeks to correct certain technological deficiencies in its brief filing which were noted by the court staff today. Appellant's counsel currently does not have the technologies in place to correct these deficiencies, and will be out of the country from the original due date of January 12, 2015 until January 19, 2015. Appellant respectfully requests an extension until January 26, 2015 to file its brief to give ample time to obtain the necessary technologies and correct the deficiencies. No previous extensions have been granted

This motion is filed not for the purpose of delay, but in the interest of justice.

Respectfully submitted,

**Roger B. Borgelt**
**Borgelt Law**
614 S. Capital of Texas Hwy.
Austin, TX 78746
O: 512.600.3467
Mobile: 512.870.7533 **NO FAX**
SBN:02667960
E: roger@borgeltlaw.com

-3-

## CERTIFICATE OF CONFERENCE

I certify that I reasonably attempted to confer, with all other parties regarding the merits of this motion and to determine whether those parties oppose this motion, and that no one had objected at the time of filing.

_____
Roger B. Borgelt

## CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2015, a true and correct copy of the foregoing instrument was served on all parties below by electronic or regular first class mail.

_____
Roger B. Borgelt

Kellie E. Billings-Ray
Assistant Attorney General
kellie.billings-ray@texasattorneygeneral.gov
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711
**Attorney for Public Utility Commission**

Jason M. Ryan
Assistant General Counsel
CenterPoint Energy Service Company LLC
1111 Louisiana Street
Houston, Texas 77002

-4-

Tele: 713.207.7261
Fax: 713.574.2261
jason.ryan@centerpointenergy.com
Dale Wainwright
dale.wainwright@bgllp.com
W. Stephen Benesh
steve.benesh@bgllp.com
Davison W. Grant
davison.grant@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78707-4061
Tele: (512) 472-7800
Fax: (800) 404-3970

**Attorneys for CenterPoint Energy Houston Electric, LLC**

Jo Ann Biggs
Cortney C. Thomas

VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
jbiggs@velaw.com
cthomas@velaw.com
Tele: 214-220-7735
Fax: 214-999-7735
**Attorneys for Oncor Electric Delivery Co.**


Patrick R. Cowlishaw
Stephanie C. Sparks

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Tele: 214-953-6000
Fax: 214-953-5822

Patrick Pearsall
DUGGINS WREN MANN & ROMERO
P.O. Box 1149
Austin, Texas 78767
ppearsall@dwmrlaw.com
Tele: 512-744-9300
Fax: 512-744-9399

Rhonda Colbert Ryan
American Electric Power Company
400 W. 15th Street, Ste. 1500
Austin, Texas 78701
Tele: 512-481-3321
Fax: 512-481-4587
**Attorneys for AEP Texas Central Company and AEP Texas North Company**

pcowlishaw@jw.com
Scott Seamster
Corporate Counsel
State Bar No. 00784939
Texas-New Mexico Power Company
225 E. John Carpenter Fwy, Suite 1500
Irving, Texas 75062
Tele: 469-484-8577
Fax: 469-484-8033
scott.seamster@pnmresources.com

**Attorneys for Texas-New Mexico Power Company**